1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY JULIAN BARRAZA** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | Case No. CIV-09-1050 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 15, 2009, to December 4, 2009.  This is counsel's first request for an extension and it is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: October 13, 2009          /s/Bess M. Brewer
                                    BESS M. BREWER
3                                   Attorney at Law

4                                   Attorney for Plaintiff

5

6
   Dated: October 13, 2009          Lawrence G. Brown
7
                                    Acting United States Attorney
8
                                    /s/ Theophous Reagans
9                                   THEOPHOUS REAGANS
                                    Special Assistant U.S. Attorney
10                                  Social Security Administration

11                                  Attorney for Defendant

12

13                                     **ORDER**

14  APPROVED AND SO ORDERED.

15

16

17   DATED:  October 15, 2009

18                                  _____
                                    **CRAIG M. KELLISON**
19                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2