BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY JULIAN BARRAZA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV-09-1050 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 4, 2009, to January 29, 2009. This additional extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: December 2, 2009                  /s/Bess M. Brewer
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated: December 2, 2009                  Lawrence G. Brown

                                         Acting United States Attorney

                                         /s/ Theophous Reagans
                                         THEOPHOUS REAGANS
                                         Special Assistant U.S. Attorney
                                         Social Security Administration

                                         Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED:  December 4, 2009

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

2