BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY JULIAN BARRAZA** | Case No. CIV-09-1050 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 15, 2010, to April 12, 2010. This additional extension is required due to Plaintiff's counsel's impacted briefing schedule

*/ / / /*

*/ / / /*

*/ / / /*

1

| | | |
|---|---|---|
| Dated: March 15, 2010 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: March 15, 2010 | | Benjamin G. Wagner<br>United States Attorney<br>*/s/ Theophous Reagans*<br>THEOPHOUS REAGANS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for Defendant |

**ORDER**

This is Plaintiff's fourth extension of time. Plaintiff was previously cautioned that further extensions of time were discouraged. *Plaintiff is now warned that no further extensions of time will be permitted.* Plaintiff is required to file a dispositive motion on or before April 12, 2010. Failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

APPROVED AND SO ORDERED.

DATED: March 17, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE